**United States District Court**
**Northern District of New York**

| | |
|---|---|
| Amber Jablonsky,            ) | |
|   o/b/o N.J.            ) | Case 3:20-cv-00338-ATB |
|       *Plaintiff*,      ) | |
|                             ) | Andrew T. Baxter |
| vs.                         ) | United States Magistrate Judge |
|                             ) | |
| Andrew Saul,                ) | |
| Commissioner of the Social  ) | |
| Security Administration     ) | |
|       *Defendant*.   ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge ("ALJ") will re-evaluate the medical opinions and re-determine the claimant's level of limitation in all six domains of functional equivalence. The ALJ will also offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Amber Jablonsky |
| By His Attorneys | By Her Attorney |
| Antoinette T. Bacon, | |
| Acting United States Attorney | |

| | |
|---|---|
| */s/ Lisa G. Smoller* | */s/ Peter A. Gorton*[1] |
| Lisa G. Smoller | Peter A. Gorton |
| Special Assistant United States Attorney | Lachman & Gorton |
| N.D.N.Y. Bar Roll No. 700999 | 1500 E. Main Street |
| Social Security Administration | P.O. Box 89 |
| Office of the General Counsel | Endicott, NY 13761-0089 |
| J.F.K. Federal Building, Room 625 | (607) 754-0500 |
| Boston, MA 02203 | office@lglaw.org |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

IT IS SO ORDERED:

*Andrew T. Baxter*
Andrew T. Baxter
U.S. Magistrate Judge
Dated: November 3, 2020
       Syracuse, NY

---

[1] Signed by Lisa Smoller with Peter Gorton's permission.